**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.: 11-cv–01267-REB

ALFRED JAY ADAMSON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant

---

## ORDER FOR ATTORNEY FEES UNDER EAJA

**Blackburn, J.**

The matter is before me on plaintiff's **Unopposed Motion For Attorney Fees Under EAJA** [#18][1] filed December 21, 2012. After reviewing the motion and the record, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Unopposed Motion For Attorney Fees Under EAJA** [#18] filed December 21, 2012, is **GRANTED**; and

2. That the defendant **SHALL** pay to plaintiff in care of the plaintiff's attorney attorney fees under the EAJA in the amount of $7500.00.

DATED January 3, 2013, at Denver, Colorado.

                       **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#18]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.